405 A.2d 543

Commonwealth v. Snyder, Appellant.

Submitted September 15, 1978.  David P. Posatko, for appellant;  Leonard Simpson, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.